# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL VANLEER,<br><br>Plaintiff,<br><br>vs.<br><br>WATTS WATER TECHNOLOGIES, INC.,<br>an organization, and,<br>DOES 1 through 100, inclusive,<br><br>Defendant. | CIVIL ACTION NO. 3:18-cv-00348<br><br><br><br>NERC NO. 0524-16-0076R<br>EEOC NO. 34B-2016-00763 |

ORDER GRANTING
**NOTICE & STIPULATION OF ACCEPTANCE OF SERVICE
AND ENLARGEMENT OF TIME WITHIN WHICH TO FILE ANSWER
OR OTHER RESPONSIVE PLEADINGS**

COMES NOW, Plaintiff, RUSSELL VANLEER, by and through his attorney, Debra M. Amens, Esq. of AMENS LAW, Ltd., and Defendant, WATTS WATER TECHNOLOGIES, INC., by and through their counsel, Sandra Kettner, Esq. of LITTLER MENDLESON, P.C. and hereby stipulate that Defendant has accepted service through waiver of personal service of Plaintiff's Complaint and accepts service by electronic mail upon the date of electronic transfer of said complaint to Counsel Sandra Ketner of LITTLER MENDLESON, P.C.

This agreement includes an agreement for an enlargement of time for Defendant to

///
///
///
///

NOTICE & STIPULATION OF ACCEPTANCE OF SERVICE, ET AL. - 1

respond to Plaintiff's Complaint of up to fourteen (14) days after acceptance of service, to file a responsive pleading in this case, up to and including September 26, 2018.

RUSSELL VANLEER

By: _____
Debra Amens, Esq.
AMENS LAW, Ltd.

DATED: 8/23/18

WATTS WATER TECHNOLOGIES, INC.

By: _____
Sandra Ketner, Esq.
LITTLER MENDELSON, P.C.

DATED: 8/23/18

IT IS SO ORDERED.

DATED: August 23, 2018

_____
UNITED STATES DISTRICT JUDGE