1  SANDRA KETNER, ESQ., Bar # 8527
   LITTLER MENDELSON, P.C.
2  200 S. Virginia Street
   8th Floor
3  Reno, NV 89501.1944
   Telephone: 775.348.4888
4  Fax No.: 775.786.0127

5  Attorneys for Defendant
   WATTS REGULATOR CO. (improperly named as
6  "WATTS WATER TECHNOLOGIES, INC.")

```
✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

           NOV - 1 2018

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11 | RUSSELL VANLEER,                      | ORDER
12 |         Plaintiff,                    | Case No. 3:18-cv-00348-HDM-CBC
13 | vs.                                   | **NOTICE OF CASE RESOLUTION AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**
14 | WATTS WATER TECHNOLOGIES,             |
   | INC., an organization, and DOES 1     |
15 | through 100, inclusive,               |
16 |         Defendants.                   |

17

18    Defendant WATTS REGULATOR CO. (improperly named as "WATTS WATER

19 TECHNOLOGIES, INC.") and Plaintiff RUSSELL VANLEER hereby notify this Court that the

20 parties have agreed to a resolution of this matter and are currently in the process of finalizing

21 settlement documents. The parties anticipate filing the Stipulation for Dismissal with Prejudice

22 within 30 days.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

In light of such, the parties respectfully request that the Case Management Conference set for November 26, 2018, be vacated and that the parties be excused from filing a Case Management Report.

Dated: October 31, 2018

Dated: October 31, 2018

/s/Debra M. Amens
DEBRA M. AMENS, ESQ.
AMENS LAW, LTD.

Attorneys for Plaintiff
RUSSELL VANLEER

/s/Sandra Ketner
SANDRA KETNER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WATTS REGULATOR CO. (improperly named as "WATTS WATER TECHNOLOGIES, INC.")

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 1st day of November, 2018.
LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501-1944
775.348.4888

2.