SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV  89501.1944
Telephone:   775.348.4888
Fax No.:       775.786.0127

Attorneys for Defendant
WATTS REGULATOR CO. (improperly named as
"WATTS WATER TECHNOLOGIES, INC.")

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL VANLEER,<br><br>    Plaintiff,<br><br>vs.<br><br>WATTS WATER TECHNOLOGIES, INC., an organization, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 3:18-cv-00348-HDM-CBC<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

///
///
///
///
///
///
///
///

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV  89501.1944
775.348.4888

1  Each party will bear its own costs and attorneys' fees.  All appearing parties have signed this
2  Stipulation, and there are no remaining claims or parties.  No trial date has been set in this case.

3  Dated:  November 29, 2018            Dated:  November 29, 2018

5  /s/Debra M. Amens                      /s/Sandra Ketner
6  DEBRA M. AMENS, ESQ.                   SANDRA KETNER, ESQ.
   AMENS LAW, LTD.                        LITTLER MENDELSON, P.C.

7  Attorneys for Plaintiff                Attorneys for Defendant
   RUSSELL VANLEER                        WATTS REGULATOR CO. (improperly named
8                                         as "WATTS WATER TECHNOLOGIES, INC.")

9                                         **ORDER**

10                                        IT IS SO ORDERED.

                                          _Howard D McKibben_
                                          UNITED STATES DISTRICT JUDGE

                                          Dated this  29th  day of  November , 2018.

16  FIRMWIDE:159496496.1 061702.1032

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888